UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JASON GOODWILL,

        Petitioner,

  v.                                              Case No. 23-cv-601-pp

WARDEN,

        Respondent.

---

**ORDER DISMISSING CASE FOR PETITIONER'S FAILURE TO COMPLY WITH COURT ORDER**

---

On July 7, 2023, the court issued an order advising the petitioner that if he wished to proceed with the case, by the end of the day on August 11, 2023 he must "(a) file an amended petition on the form the court [provided] with [its] order, and (b) either provide the court with proof that he paid the $5.00 filing fee in the Michigan federal court or pay the filing fee to the clerk's office for this Wisconsin Court." Dkt. No. 4 at 3-4. The court told the plaintiff that if he did not comply with the order, the court would dismiss the petition the next business day without further notice or hearing. Id. at 4.

As the court noted in the July 7, 2023 order, the Wisconsin Department of Corrections locator website shows that on May 9, 2023, the petitioner was released on extended supervision. https://appsdoc.wi.gov/lop/details/detail. Since that time, the petitioner has not filed a change-of-address notice, so the

1

court has no mailing address for him. The court mailed the July 7, 2023 order to the petitioner in care of his state probation agent.

The August 11, 2023 deadline has passed and the court has not received an amended complaint, nor has the petitioner provided proof that he either paid the filing fee in Michigan or that he paid it in this district. As the court said it would do in its July 7 order, it will dismiss this case.

The court **ORDERS** that this case is **DISMISSED** for the plaintiff's failure to comply with the court's order. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 29th day of August, 2023.

                                **BY THE COURT:**

                                **HON. PAMELA PEPPER**
                                **Chief United States District Judge**